1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                               EASTERN DISTRICT OF CALIFORNIA

10

11    BRANDON ALEXANDER FAVOR,                  1:16-cv-01809-JLT (HC)

12                 Petitioner,                  ORDER TRANSFERRING CASE TO THE
                                                UNITED STATES DISTRICT COURT FOR
13           v.                                 THE CENTRAL DISTRICT OF CALIFORNIA

14    PAT L. VASQUEZ,

15                 Respondent.

16

17           In this case, Petitioner is challenging a conviction from Los Angeles County, which is in

18    the Central District of California.  However, the federal venue statute requires that a civil action,

19    other than one based on diversity jurisdiction, be brought only in "(1) a judicial district where any

20    defendant resides, if all defendants reside in the same state, (2) a judicial district in which a

21    substantial part of the events or omissions giving rise to the claim occurred, or a substantial part

22    of the property that is the subject of the action is situated, or  (3) a judicial district in which any

23    defendant may be found, if there is no district in which the action may otherwise be brought." 28

24    U.S.C.  §  1391(b). Therefore, the petition should have been filed in the United States District

25    Court for the Central District of California.  In the interest of justice, a federal court may transfer

26    a case filed in the wrong district to the correct district.  See 28 U.S.C. § 1406(a);  Starnes v.

27    McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

28           Accordingly, the Court **ORDERS** that this matter is transferred to the United States

District Court for the Central District of California.

IT IS SO ORDERED.

Dated:   **December 7, 2016**            **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE